DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9304
Facsimile: (702) 255-2858
Email: dwrenn@grsm.com

*Attorneys for Defendants,*
*DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. GATTI, individually ) | CASE NO. 2:24-cv-02390 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PROPOSED STIPULATED** |
| ) | **DISCOVERY PLAN AND** |
| DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM ) | **SCHEDULING ORDER** |
| CANNABIS DISPENSARY, a Nevada Limited ) | |
| Liability Company, ) | **SUBMITTED IN COMPLIANCE** |
| ) | **WITH LR 26-1(b)** |
| Defendant. ) | |
| ) | |

**1. Conference:** The parties conducted the rule 26(f) conference on April 9, 2025, with Trevor J. Hatfield. participating for Plaintiff Anthony J. Gatti, and Dione C. Wrenn, Esq., for Defendant DIV Holdings, LLC d/b/a Jardin Premium Cannabis Dispensary. This conference included discussion of the points outlined in FRSP 26(f)(2).

**2. Discovery Plan:**

a.   The parties agree to exchange initial FRCP 26(a)(1) disclosures by April 28, 2025.  The Parties stipulate to service of discovery by electronic mail.

b.   The parties need discovery on all of the claims and defenses presented by the parties. Th parties do not request discovery in all phases or limited or focused on particular issues.

c.   The parties do not anticipate any issues regarding the disclosures, discovery, or preservation of electronically stored information. The parties do not anticipate voluminous

1 documents or electronically stored information in this action. The parties anticipate disclosure of
2 email correspondence in PDF format, and if any party believes that native format is needed, the
3 parties will discuss the same at that time.

4     d.    The parties do not presently anticipate any issues about claims of privilege or of
5 protection.

6     e.    The parties do not request any changes to the limitations on discovery imposed
7 under the rules. During the conference the parties discussed the limitation on the number of
8 depositions imposed by FRCP 30(a)(2)(A)(i), and the parties do not anticipate any issue with this
9 limitation at this time.

10     f.    The parties do not request any orders from the court under FRCP26(c) at this
11 time.

12     g.    Proposed Discovery Plan Dates: The first appearance by Defendant was the
13 answers of Defendant DIV HOLDINGS, LLC d/b/a Jardin Premium Cannabis Dispensary. The
14 parties will endeavor to complete discovery within 180 days from that appearance and will assess
15 the needs of the case as discovery progresses. The parties propose the following discovery
16 schedule:

| | |
|---|---|
| Amending Pleadings and Adding Parties | June 23, 2025 |
| Initial Expert Disclosures & Interim Status Report | July 22, 2025 |
| Rebuttal Expert Disclosures | August 21, 2025 |
| Discovery Cut-Off | September 19, 2025 |
| Dispositive Motions | October 20, 2025 |
| Pre-Trial Order, if no dispositive motions | November 19, 2025 |

24     **3.**    **Alternative Dispute Resolution:** The parties certify that they have conferred regarding
25 alternative dispute resolution.

26     **4.**    **Trial by Magistrate and Short Trial Program:** The parties considered trial by
27 magistrate and use of the Short Trial Program and determined that neither would be appropriate
28

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

for this matter.

5.  **Electronic Evidence at Trial:** Jury trial has been demanded in this action. At this early juncture the parties have not determined whether they will present evidence to the jury in electronic format.

DATED this 30th day of April 2025.          DATED this 24th day of April 2025.

**GORDON REES SCULLY**                       **HATFIELD & ASSOCIATES, LTD.**
**MANSUKHANI, LLP**


*/s/ Dione C. Wrenn*                         */s/ Trevor J. Hatfield*
DIONE C. WRENN, ESQ.                         TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 13285                         Nevada Bar No. 7373
300 S. 4th Street, Suite 1550                703 South Eighth Street
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89101
*Attorneys for Defendant,*                   *Attorneys for Plaintiff,*
*ELDORADO MEDICAL CENTER, LLC*               *ANTHONY J. GATTI*




        **IT IS SO ORDERED:**


        _____
        **UNITED STATES MAGISTRATE JUDGE**


        **DATED:** April 30, 2025

-3-