TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. GATTI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIV HOLDINGS, LLC, d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO:  2:24-cv-02390-RFB-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

COMES NOW, Plaintiff ANTHONY J. GATTI (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants DIV HOLDINGS, LLC, (hereinafter Defendants"), by and through their counsel, Dione C. Wrenn, Esq. of GORDON REES SCULLY MANSUKHANI, LLP, and do hereby stipulate and request that all deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines – First Request (ECF No. 16) pursuant to FRCP 26(f)(3) and LR26-1 be extended by sixty (60) days. The current discovery cut-off date is November 18, 2025.  This request is submitted pursuant to LR IA 6-1 and LR IA 6-2for the reasons provided below.  This is the parties' second request for an extension of discovery and dispositive motion deadline.

**1.      DISCOVERY COMPLETED TO DATE:**

A.      The parties have made their initial disclosures pursuant to FRCP 26(a)(1);

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

B.    Defendant has served discovery in the form of Interrogatories and Requests for Production of Documents. Plaintiff has provided responses to these requests.

C.    Plaintiff has made supplemental disclosures pursuant to FRCP 26(a)(1);

**2.    DISCOVERY YET TO BE COMPLETED:**

A.    Plaintiff intends to take depositions of Defendants' Persons Most Knowledgeable and individual Defendants.

B.    Plaintiff intends to propound written discovery to Defendants.

C.    Plaintiff is working to obtain records necessary to disclose expert witnesses.

D.    Plaintiff is compiling additional documents to supplement.

E.    Defendants may wish to propound additional written discovery to Plaintiff.

F.    Defendants may wish to disclose expert witnesses.

G.    Defendants intend to take the deposition of Plaintiff and necessary witnesses or disclosed experts.

H.    Parties may wish to disclose rebuttal experts.

I.    Parties may wish to engage in additional discovery as necessary.

**3.    WHY DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY ORDER**

Counsel for the parties are working together, but both believe that it is necessary to have more time to complete all discovery.  Parties intend to schedule depositions, propound written discovery, and may wish to disclose expert witnesses.  Both Parties believe that it will take a minimum of an additional 60 days to complete discovery.

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**4.** **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND FILING DISPOSITIVE MOTIONS:**

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court.  On July 21, 2025, this Court Ordered that the last date to disclose expert witnesses would be September 19, 2025; that the last date to disclose rebuttal experts would be October 20, 2025; that the last date to complete discovery would be September 19, 2025; that the last day to file dispositive motions would be November 18, 2025; and that the last day to file a pretrial order would be January 19, 2026.  The parties propose to the Court the following cut-off dates:

**A.** **Discovery Cut-off Date:** The discovery deadline shall be **Monday January 19, 2026,** as January 17, 2026, is a Saturday**.**

**B.** **Expert Disclosures:** The expert disclosure deadline shall be **Thursday November 20, 2025,** which is sixty (60) days prior to the discovery cut-off date of November 18, 2025, in accordance with LR 26-1(b)(3).  Rebuttal expert disclosures shall be made by **Monday, December 22, 2025,** as Saturday, December 20, 2025, is thirty (30) days after the initial disclosure of experts deadline, in accordance with LR 26-1(b)(3).

**C.** **Dispositive Motions:** Dispositive motions shall be filed by **Wednesday February 18, 2026** ~~**December 18, 2025,**~~ thirty (30) days after the discovery cut-off date of **January 19, 2026** ~~November 18, 2025~~, in accordance with LR 26-3.

**E.** **Joint Pretrial Order:** The Pretrial Order shall be filed no later than **Friday March 20, 2026** is thirty (30) days after the deadline for filing dispositive motions date of December 18, 2025, in accordance with LR 26-1(b)(5).  In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days

after a decision of the dispositive motions or further order of the Court.

Dated:  September 17, 2025

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated: September 17, 2025

GORDON REES SCULLY MANSUKHANI

/s/  *Dione C. Wrenn*

_____
Dione C. Wrenn, Esq. (SBN 13285)
GORDON REES SCULLY MANSUHKANI,
LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
(702) 577-9300 Tel.
(702) 577-9304 Fax
dwrenn@grsm.com
*Attorneys for Defendants*


**IT IS SO ORDERED.**

Dated this 18th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE