TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ANTHONY J. GATTI, an Individual, | CASE NO: 2:24-cv-02390-RFB-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| DIV HOLDINGS, LLC, d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada Limited Liability Company, | **(Third Request)** |
| Defendants. | |

COMES NOW, Plaintiff ANTHONY J. GATTI (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants DIV HOLDINGS, LLC, (hereinafter Defendants"), by and through their counsel, Dione C. Wrenn, Esq. of GORDON REES SCULLY MANSUKHANI, LLP, and do hereby stipulate and request that all deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines –Second Request (ECF No. 18) pursuant to FRCP 26(f)(3) and LR26-1 be extended by sixty (60) days. The current discovery cut-off date is January 19, 2025. This request is submitted pursuant to LR IA 6-1 and LR IA 6-2for the reasons provided below. This is the parties' Third request for an extension of discovery and dispositive motion deadline.

**1.    DISCOVERY COMPLETED TO DATE:**

A.    The parties have made their initial disclosures pursuant to FRCP 26(a)(1);

B. Defendant has served discovery in the form of Interrogatories and Requests for Production of Documents. Plaintiff has provided responses to these requests.

C. Plaintiff has made supplemental disclosures pursuant to FRCP 26(a)(1);

D. Plaintiff has served written discovery on Defendant in the form of Interrogatories, Requests for Production of Documents, and Requests for Admissions.

**2.      DISCOVERY YET TO BE COMPLETED:**

A. Plaintiff intends to take depositions of Defendants' Persons Most Knowledgeable and individual Defendants.

C. Plaintiff is working to obtain records necessary to disclose expert witnesses.

D. Plaintiff is compiling additional documents to supplement.

E. Defendants may wish to propound additional written discovery to Plaintiff.

F. Defendants may wish to disclose expert witnesses.

G. Defendants intend to take the deposition of Plaintiff and necessary witnesses or disclosed experts.

H. Parties may wish to disclose rebuttal experts.

I. Parties may wish to engage in additional discovery as necessary.

**3.      WHY DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY ORDER**

Counsel for the parties are working together, but both believe that it is necessary to have more time to complete all discovery. Parties intend to schedule depositions, and may wish to disclose expert witnesses. Plaintiff has medical treatment that has caused complications in scheduling his deposition and obtaining all medical records relevant to the case. Both Parties believe that it will take a minimum of an additional 60 days to complete discovery.

**4.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND FILING DISPOSITIVE MOTIONS:**

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court.  On September 18, 2025, this Court Ordered that the last date to disclose expert witnesses would be November 20, 2025; that the last date to disclose rebuttal experts would be December 22, 2025; that the last date to complete discovery would be January 19, 2026; that the last day to file dispositive motions would be February 18, 2026; and that the last day to file a pretrial order would be January 19, 2026.  The parties propose to the Court the following cut-off dates:

**A.    Discovery Cut-off Date:**  The discovery deadline shall be **Friday March 20, 2026.**

**B.    Expert Disclosures:**  The expert disclosure deadline shall be **Monday January 26, 2026,** as Saturday, January 24, 2026, is sixty (60) days prior to the discovery cut-off date of March 20, 2026, in accordance with LR 26-1(b)(3).  Rebuttal expert disclosures shall be made by **Wednesday, February 18, 2026,** which is thirty (30) days after the initial disclosure of experts deadline, in accordance with LR 26-1(b)(3).

**C.    Dispositive Motions:**  Dispositive motions shall be filed by **Monday, April 19, 2026,** as April 17, 2026, is a Saturday which is thirty (30) days after the discovery cut-off date of March 20, 2026, in accordance with LR 26-3.

**E.    Joint Pretrial Order:**  The Pretrial Order shall be filed no later than **Tuesday, May, 19, 2026** is thirty (30) days after the deadline for filing dispositive motions date of April 19, 2026, in accordance with LR 26-1(b)(5).  In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive

///

motions or further order of the Court.

Dated: October 30, 2025

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated: October 30, 2025

GORDON REES SCULLY MANSUKHANI

/s/ *Dionne C. Wrenn*

Dione C. Wrenn, Esq. (SBN 13285)
GORDON REES SCULLY MANSUHKANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
(702) 577-9300 Tel.
(702) 577-9304 Fax
dwrenn@grsm.com
*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated this 30th day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that on the 30th day of October, 2025, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 30th day of October, 2025.     By   */s/ Freda P. Brazier*
                                                An employee of Hatfield & Associates, Ltd.