TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. GATTI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIV HOLDINGS, LLC, d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO:   2:24-cv-02390-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

COMES NOW, Plaintiff ANTHONY J. GATTI (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants DIV HOLDINGS, LLC, (hereinafter Defendants"), by and through their counsel, Dione C. Wrenn, Esq. of GORDON REES SCULLY MANSUKHANI, LLP, and do hereby stipulate and request that all deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines – Third Request (ECF No. 20) pursuant to FRCP 26(f)(3) and LR26-1 be extended by sixty (60) days. The current discovery cut-off date is March 20, 2026.  This request is submitted pursuant to LR IA 6-1 and LR IA 6-2for the reasons provided below.  This is the parties' Fourth request for an extension of discovery and dispositive motion deadline.

1.    **DISCOVERY COMPLETED TO DATE:**

A.    The parties have made their initial disclosures pursuant to FRCP 26(a)(1);

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

B.      Defendant has served discovery in the form of Interrogatories and Requests for Production of Documents. Plaintiff has provided responses to these requests.

C.      Plaintiff has made supplemental disclosures pursuant to FRCP 26(a)(1);

D.      Plaintiff has served written discovery on Defendant in the form of Interrogatories, Requests for Production of Documents, and Requests for Admissions.

**2.      DISCOVERY YET TO BE COMPLETED:**

A.      Plaintiff intends to take depositions of Defendants' Persons Most Knowledgeable and individual Defendants after receiving pending written discovery responses.

C.      Plaintiff is obtaining records necessary to disclose expert witnesses but has not received all records necessary for Plaintiff's expert(s) to draft initial expert reports.

D.      Defendants may wish to propound additional written discovery to Plaintiff.

E.      Defendants may wish to disclose expert witnesses.

F.      Defendants intend to take the deposition of Plaintiff and necessary witnesses or disclosed experts.

G.      Defendant has requested two extensions of time to respond to Plaintiff's written discovery due to Defendant's counsel's family issues and will be out of her office through the New Year's holiday.

I.      Parties may wish to disclose rebuttal experts.

J.      Parties may wish to engage in additional discovery as necessary.

**3.      WHY DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY ORDER**

Counsel for the parties are working together, but both believe that it is necessary to have more time to complete all discovery.  Parties intend to schedule depositions, and may wish to disclose expert witnesses. Defendant's counsel has been out of the office for a family emergency

that has necessitated the Defense Counsel's care for an immediate family member who resides out of state, and has requested, and been granted, a necessary extension of time to respond to Plaintiff's written discovery requests.  Plaintiff has been undergoing medical care that has prevented him from sitting for deposition.  Both Parties believe that it will take a minimum of an additional 60 days to complete discovery but out of an abundance of caution due to extenuating circumstances requests an additional sixty (60) days' time for discovery and deadlines.

**4.      PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND FILING DISPOSITIVE MOTIONS:**

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court.  On October 30, 2025, this Court Ordered that the last date to disclose expert witnesses would be January 26, 2026; that the last date to disclose rebuttal experts would be February 18, 2026; that the last date to complete discovery would be March 20, 2026; that the last day to file dispositive motions would be April 19, 2026; and that the last day to file a pretrial order would be May 19, 2026.  The parties propose to the Court the following cut-off dates:

**A.      Discovery Cut-off Date:**  The discovery deadline shall be **Tuesday, May 19, 2026.**

**B.      Expert Disclosures:**  The expert disclosure deadline shall be **Friday, March 20, 2026,** which is sixty (60) days prior to the discovery cut-off date of May 19, 2026, in accordance with LR 26-1(b)(3).  Rebuttal expert disclosures shall be made by **Monday April 20, 2026,** as April 19, 2026, is a Sunday, which is thirty (30) days after the initial disclosure of experts deadline, in accordance with LR 26-1(b)(3).

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**C.**    **Dispositive Motions:** Dispositive motions shall be filed by **Thursday, June 18, 2026,** which is thirty (30) days after the discovery cut-off date of May 19, 2026, in accordance with LR 26-3.

**E.**    **Joint Pretrial Order:** The Pretrial Order shall be filed no later than **Monday, July 20, 2026,** as July 18, 2026, is a Saturday, which is thirty (30) days after the deadline for filing dispositive motions date of June 18, 2026, in accordance with LR 26-1(b)(5).  In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive

motions or further order of the Court.

Dated:  December 16, 2025

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated: December 16, 2025

GORDON REES SCULLY MANSUKHANI

/s/ *Dionne C. Wrenn*

_____ Dione
C. Wrenn, Esq. (SBN 13285) GORDON REES
SCULLY  MANSUHKANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
(702) 577-9300 Tel.
(702) 577-9304 Fax
dwrenn@grsm.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 16th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

- 4 -