DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Dione.Wrenn@fmglaw.com
*Attorneys for Defendant,*
*DIV Holdings, LLC d/b/a Jardin*
*Premium Cannabis Dispensary*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. GATTI, an individual | Case No.: 2:24-cv-02390-RFB-EJY |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada Limited Liability Company, | |
| Defendants. | |

Defendant DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY hereby substitutes the law firm of FREEMAN MATHIS & GARY LLP, as its attorney of record in the above-referenced matter in the place and stead of GORDON REES SCULLY MANSUKHANI, LLP as counsel of record for Defendant DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY in the above-entitled matter.

DATED this __11__ day of February 2026

Signed by:

*Marc Hauser*

8B98FA713DEE4A7...

*Authorized Representative for*
*DIV Holdings, LLC d/b/a Jardin Premium*
*Cannabis Dispensary*

/ / /

Page **1** of **3**

The law firm of GORDON REES SCULLY MANSUKHANI, LLP hereby acknowledges the substitution of the law firm of FREEMAN MATHIS & GARY LLP as attorneys of record for Defendant DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY in the above-entitled matter.

DATED this 11th day of February 2026

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Adam Garth*
Adam Garth, Esq.
Nevada Bar No. 15045
Michael Ayers, Esq.
Nevada Bar No.
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

DIONE C. WRENN, ESQ. of FREEMAN MATHIS & GARY LLP hereby consents to the representation of Defendants DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY in the above-referenced matter, in the place and stead of GORDON REES SCULLY MANSUKHANI, LLP.

DATED this 11th day of February 2026

FREEMAN MATHIS & GARY LLP

*/s/ Dione C. Wrenn*
Dione C. Wrenn, Esq.
Nevada Bar No. 13285
770 E. Warm Springs Road, Suite 360
Las Vegas, NV 89119
*Attorneys for Defendant,*
*DIV Holdings, LLC d/b/a Jardin*
*Premium Cannabis Dispensary*

## ORDER

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Date:  February 17, 2026