DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Dione.Wrenn@fmglaw.com
*Attorney for Defendant,*
*DIV Holdings, LLC d/b/a Jardin*
*Premium Cannabis Dispensary*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY J. GATTI, an individual<br><br>Plaintiff,<br>vs.<br><br>DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:24-cv-02390-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (Sixth Request)** |

COMES NOW, Defendant DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY (hereafter "Defendant"), by and through its counsel, Dione C. Wrenn, Esq. of FREEMAN MATHIS & GARY, LLP, and Plaintiff ANTHONY J. GATTI (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield of HATFIELD & ASSOCIATES, LTD., and do hereby stipulate and request that all deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines – Fifth Request (ECF No. 27) pursuant to FRCP 26(f)(3) and LR26-1 be extended by ninety (90) days. The current discovery cut-off date is Monday, July 20, 2026. This request is submitted pursuant to LR IA 6-1 and LR IA 6-2 for the reasons provided below. This is the parties' Sixth request for an extension of discovery and dispositive motion deadline.

/ / /

/ / /

/ / /

1. **<u>DISCOVERY COMPLETED TO DATE:</u>**

A. The parties have made their initial disclosures pursuant to FRCP 26(a)(1).

B. Defendant has served discovery in the form of Interrogatories and Requests for Production of Documents. Plaintiff has provided responses to these requests.

C. The parties have made supplemental disclosures pursuant to FRCP 26(a)(1).

D. Plaintiff has served written discovery on Defendant in the form of Interrogatories, Requests for Production of Documents, and Requests for Admissions. Defendant has provided responses to these requests.

E. Plaintiff served its initial expert disclosure.

F. Defendant took the deposition of Plaintiff on April 3, 2026.

2. **<u>DISCOVERY YET TO BE COMPLETED:</u>**

A. Plaintiff intends to take depositions of Defendant's FRCP 30(b)(6) Persons Most Knowledgeable witness, percipient witnesses, and any rebuttal witness of Defendant.

B. Plaintiff may wish to propound additional written discovery to Defendant.

C. Defendant may wish to propound additional written discovery to Plaintiff.

D. Defendant may wish to disclose a rebuttal expert witness.

E. Defendant intends to take the deposition of other necessary witnesses or disclosed experts.

F. Defendant is gathering records from additional medical providers recently identified by Plaintiff, as well as obtaining additional discovery from Plaintiff referenced during Plaintiff's April 3, 2026 deposition.

G. Parties may wish to engage in additional discovery as necessary.

3. **<u>WHY DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY ORDER</u>**

Counsel for the parties are working together, but both believe that it is necessary to have more time to complete the limited remaining discovery including completion of gathering medical records,

obtaining audio recordings, other media, and documents that Plaintiff has agreed to disclose. Further, the Parties intend to schedule additional depositions including those of lay witnesses and disclosed experts. Moreover, the Parties have agreed to proceed with private mediation at JAMS, which is scheduled for August 19, 2026. The Parties expect said private mediation to be successful. However, should this matter not resolve, the Parties seek an extension of the close of discovery deadline to allow the Parties to complete the above referenced discovery and prepare for trial.

**4. <u>PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND FILING DISPOSITIVE MOTIONS:</u>**

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. On December 16, 2025, this Court Ordered that the last date to disclose expert witnesses would be March 20, 2026; that the last date to disclose rebuttal experts would be June 22, 2026; that the last date to complete discovery would be July 20, 2026; that the last day to file dispositive motions would be July 20, 2026; and that the last day to file a pretrial order would be September 18, 2026. The parties propose to the Court the following cut-off dates:

A. **Discovery Cut-off Date:** The discovery deadline shall be Monday, October 19, 2026, as October 18, 2026 is a Sunday, which is ninety (90) days after the current discovery cut-off date of July 20, 2026.

B. **Expert Disclosures:** The expert disclosure deadlines have passed.

C. **Dispositive Motions:** Dispositive motions shall be filed by Tuesday, November 17, 2026, which is ninety (90) days after the discovery cut-off date of July 20, 2026, in accordance with LR 26-3.

…

…

…

…

…

D. **Joint Pretrial Order:** The Pretrial Order shall be filed no later than Thursday, December 17, 2026, which is ninety (90) days after the deadline for filing dispositive motions date of September 18, 2026, in accordance with LR 26-1(b)(5). In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

DATED: July 20, 2026

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*
*(E-signature expressly authorized on July 20, 2026)*

DATED: July 20, 2026

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dione C. Wrenn*
Dione C. Wrenn, Esq. (SBN 13285)
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Dione.Wrenn@fmglaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED; provided, however, no further extensions of discovery will be granted.**

**Dated this 21st day of July, 2026.**

**UNITED STATES MAGISTRATE JUDGE**