DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
Tel.: (725) 258-7360
Fax: (833) 336-2131
Dione.Wrenn@fmglaw.com
*Attorney for Defendant,*
*DIV Holdings, LLC d/b/a Jardin*
*Premium Cannabis Dispensary*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY J. GATTI, an individual<br><br>Plaintiff,<br>vs.<br><br>DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:24-cv-02390-RFB-EJY<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant DIV HOLDINGS, LLC d/b/a JARDIN PREMIUM CANNABIS DISPENSARY (hereafter "Defendant"), by and through its counsel, Dione C. Wrenn, Esq. of FREEMAN MATHIS & GARY, LLP, and Plaintiff ANTHONY J. GATTI (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield of HATFIELD & ASSOCIATES, LTD., that the above-captioned and numbered matter has been amicably and finally settled between them, and the entire action may be dismissed with *prejudice*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that each party to bear its own fees, costs, and interest.

**IT IS SO STIPULATED.**

DATED this 14th day of October 2026.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dione C. Wrenn*
Dione C. Wrenn, Esq. (SBN 13285)
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
*Attorney for Defendant*

DATED this 14th day of October 2026.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
*Attorney for Plaintiff*
*(e-signature expressly authorized on October 14, 2026*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** October 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**